IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–02264–EWN–CBS


GLENWOOD PROPERTIES, INC.,

      Plaintiff,

v.

PETER COULTER, an individual, and
HOTEL COLORADO LLC, a Colorado
limited liability company,

      Defendants.

---

**ORDER CONCERNING CORPORATE DEFENDANT**

---

This matter comes before the court on the "Notice of Motion to Dismiss, Presenting

Defenses of Failure to State a Claim, of Improper Venue, and of Lack of Jurisdiction Under Rule

12(b) or Alternatively for Stay of Proceedings" [#12] filed on December 6, 2006.  Defendant

Coulter signs the notice as representative of Hotel Colorado, LLC.  There is no counsel of record

for Hotel Colorado LLC in this case.  Since Hotel Colorado LLC is a corporation, it can appear

only by an attorney.  *See, e.g., Flora Construction Company v. Fireman's Fund Insurance

Company*, 307 F.2d 413 (10th Cir. 1962).  Accordingly, it is

ORDERED as follows:

1.     If Hotel Colorado LLC wishes to continue appearing in this litigation, then, on or

       before January 8, 2007, Hotel Colorado LLC will retain an attorney and that

       attorney will enter his or her appearance in the case.

2.     If no attorney has appeared for Hotel Colorado LLC by the date specified, the

       court will entertain appropriate motions from other parties in the case, including

       motions to enter judgment by default against Hotel Colorado LLC on any claims

       asserted by Glenwood Properties, Inc.

3.     The Notice of Motion to Dismiss, Presenting Defenses of Failure to State a Claim,

       of Improper Venue, and of Lack of Jurisdiction Under Rule 12(b) or Alternatively

       for Stay of Proceedings [#12] is stricken.

Dated this 18th day of December, 2006.

                            BY THE COURT:


                            s/ Edward W. Nottingham
                            EDWARD W. NOTTINGHAM
                            United States District Judge