IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–02264–EWN–CBS

GLENWOOD PROPERTIES, INC.,

    Plaintiff,

v.

PETER COULTER, an individual, and
HOTEL COLORADO LLC, a Colorado
limited liability company,

    Defendants.

## ORDER CONCERNING CORPORATE DEFENDANT

This matter comes before the court on "Plaintiff Glenwood Properties, Inc.'s Motion to Strike Pursuant to D.C.Colo.L.Civ.R. 11.1" [#18] filed on December 27, 2006. Defendant Hotel Colorado's Answers and Counter Complaint [#9] was filed on December 6, 2006, by Defendant Peter Coulter, who signed the notice as representative of Hotel Colorado, LLC. There is no counsel of record for Hotel Colorado LLC in this case. Since Hotel Colorado LLC is a corporation, it can appear only by an attorney. *See, e.g., Flora Construction Company v. Fireman's Fund Insurance Company*, 307 F.2d 413 (10th Cir. 1962). Accordingly, it is

ORDERED as follows:

1. Plaintiff Glenwood Properties, Inc.'s Motion to Strike Pursuant to D.C.Colo.L.Civ.R. 11.1  [#18] is GRANTED.

2. Defendant Hotel Colorado's Answers and Counter Complaint [#9] is stricken.

Dated this 3rd day of January, 2007.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge